UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State Farm Fire and Casualty Company, as
subrogee of Tim P. Bungarden,

    Plaintiff,

v.

Venmar Ventilation, Inc.,               Court File No.: 08-CV-4767 PAM/JSM

    Defendant and Third-Party Plaintiff,     **ORDER FOR DISMISSAL**

v.

Von Weise USA, Inc. f/k/a
Fasco Industries, Inc.,

    Third-Party Defendant.

Pursuant to the Stipulation for Dismissal with Prejudice, all of the Plaintiff's claims in the above-entitled action are hereby dismissed with prejudice but without cost to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                              **BY THE COURT:**

Date: October 22, 2009         s/Paul A. Magnuson
                                 The Honorable Paul A. Magnuson
                                 United States District Court Judge